

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00268-CV

———————————————

IN THE MATTER OF M.S.

On Appeal from the 323rd District Court
Tarrant County, Texas
Trial Court No. 323-103751-16

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion for Dismissal of Appeal." We grant

the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.


Per Curiam

Delivered: December 12, 2019